**Victor DANNON; Barbara Dannon, Appellants**

v.

**COMMISSIONER of INTERNAL REVENUE, Appellee.**

No. 14–1220.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 5, 2014.

Filed: Sept. 10, 2014.

Victor Dannon, Minneapolis, MN, pro se.

Barbara Dannon, Minneapolis, MN, pro se.

Julie Ciamporcero Avetta, Thomas J. Clark, Gilbert Steven Rothenberg, Deputy, U.S. Department of Justice, Jennifer Marie Rubin, William Wilkins, Internal Revenue Service, Washington, DC, for Appellee.

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Victor and Barbara Dannon appeal the decision of the tax court[1] upholding the Commissioner's assessment of income tax deficiencies and penalties for the 2008 tax year. Following careful review of the rec-

1. The Honorable David Gustafson, United States Tax Court Judge.

ord and the parties' briefs, see *DKD Enter. v. C.I.R.*, 685 F.3d 730, 734 (8th Cir. 2012) (tax court's legal conclusions are reviewed de novo and its factual findings for clear error; all deductions are matters of legislative grace, and unless claimed deductions come clearly within scope of statute, they are not to be allowed), we find the taxpayers' arguments to be meritless or waived. Accordingly, we affirm the judgment of the tax court. *See* 8th Cir. R. 47B.